No. 88–1014.  BROTHERHOOD OF RAILWAY CARMEN, DIVISION OF TRANSPORTATION, COMMUNICATIONS INTERNATIONAL UNION v. CSX TRANSPORTATION, INC.  C. A. 11th Cir.  Certiorari denied.

No. 88–1015.  CULLY v. GRACE HOSPITAL.  C. A. 6th Cir.  Certiorari denied.

No. 88–1016.  CHAMBERS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–1018.  LITTLE ET AL. v. LESSLER.  C. A. 1st Cir.  Certiorari denied.

No. 88–1020.  W. SCHLAFHORST & CO. ET AL. v. SCHUBERT & SALZER MASCHINENFABRIK AKTIENGESELLSCHAFT.  C. A. Fed. Cir.  Certiorari denied.

No. 88–1022.  HENRICO COUNTY PUBLIC SCHOOLS ET AL. v. SPIELBERG, A MINOR BY HIS PARENTS, SPIELBERG ET AL. C. A. 4th Cir.  Certiorari denied.

No. 88–1023.  UNITED STATES v. CHRISTEY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–1024.  PIERSON v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 88–1025.  LARKINS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–1028.  SCANLON v. SCHRINAR, COMMISSIONER OF PUBLIC LANDS OF WYOMING, ET AL.  Sup. Ct. Wyo.  Certiorari denied.

No. 88–1030.  BROWN v. ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 88–1032.  JUTKOFSKY v. MAESTRI ET AL.  C. A. 2d Cir. Certiorari denied.

No. 88–1033.  NORFOLK & WESTERN RAILWAY CO. v. GARDNER ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.